Michael J. McCue (NV Bar No. 6055)
MMcCue@LRRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
JFountain@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200; Fax: (702) 949-8398

Attorneys for Plaintiff Las Vegas Sands Corp.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CAGAYAN LEISURE & RESORT CORPORATION, et al.<br><br>Defendants. | Case No. 2:14-cv-00424-JCM-NJK<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**UPON CONSIDERATION** of the motion filed by Plaintiff Las Vegas Sands Corp. entitled **MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND RESET HEARING FOR PRELIMINARY INJUNCTION**, the supporting memorandum of points and authorities, the supporting declaration of Meng Zhong, the record in this case, and for other good cause shown;

**THE COURT HEREBY FINDS THAT**:

1. The temporary restraining order in place at Doc. No. 24 is extended by two weeks from January 2, ~~2014~~ 2015 to January 16, ~~2014~~ 2015;

2. Good cause exists for the extension as the registrars were unable to lock and hold the infringing domains until December 27, 2014 and a brief extension is needed to give the New Defendants time to be served with the Amended Complaint, Summons, TRO, and Motion for Preliminary Injunction and to allow New Defendants time to prepare a response, if any, to the Motion for Preliminary Injunction;

3. The briefing and hearing schedule for the Motion for Preliminary Injunction shall

1  also be reset;

2      4.    The parties shall appear for hearing and oral argument on Las Vegas Sands
3  Corp.'s motion for preliminary injunction on January 16, 2015 at 10:00 am in
4  Courtroom  6A  , at the Lloyd D. George Federal Courthouse, 333 South Las Vegas
5  Boulevard, Las Vegas, Nevada;

6      5    The New Defendants shall each file and serve their briefs opposing Las Vegas
7  Sands Corp.'s motion for preliminary injunction, if any, no later than January 7, 2015;
8  and

9      6.    Las Vegas Sands Corp. shall file and serve its reply brief in support of its motion
10  for preliminary injunction no later than January 13, 2015.

11      ENTERED: December 30, 2014 at 9:45 am.

13      _____
    **UNITED STATES DISTRICT JUDGE**