# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAS VEGAS SANDS CORP., a Nevada corporation,

    Plaintiff,

v.

FIRST CAGAYAN LEISURE & RESORT CORPORATION, et al.,

    Defendants.

Case No. 2:14-cv-00424-JCM-NJK

**FINAL JUDGMENT BY DEFAULT AND PERMANENT INJUNCTION**

The Clerk of the Court having entered the default of Defendants First Cagayan Leisure & Resort Corporation, Wann Yichen, Qing Wan Leng, and the unknown registrants of: www.358.com, www.359.com, www.js2255.com, www.js2299.com, www.js33333.com, www.js55555.com, www.jinsha.com, www.1133js.com, www.1166js.com, www.1177js.com, www.1188js.com, www.1199js.com, www.js3111.com, www.js3777.com, www.js3222.com, www.5599js.com, www.5588js.com, www.js8777.com, www.6677js.com, www.6633js.com, www.6644js.com, www.6611js.com, www.6666js.com, www.6688js.com, www.7777js.com, www.1111js.com, www.2222js.com, www.3333js.com, www.5555js.com, www.8888js.com, www.js8111.com, www.js8222.com, www.8877js.com, www.8833js.com, www.8811js.com, www.8822js.com, www.8844js.com, www.8855js.com, www.2211js.com, www.2255js.com, www.2266js.com, www.2277js.com, www.2288js.com, www.2299js.com, www.1122js.com, www.1155js.com, www.1144js.com, www.3311js.com, www.3322js.com, www.3355js.com, www.3377js.com, www.3388js.com, www.3399js.com, and www.3583.com (collectively, the "Defendants"); and Plaintiff Las Vegas Sands Corp. ("Plaintiff"), having moved the Court for entry of final judgment by default, and the Court having considered Plaintiff's motion, the accompanying memorandum of points and authorities, the papers and pleadings on file in this case, and for good cause shown, the Court hereby **FINDS** as follows:

    1.    Plaintiff has alleged meritorious claims for trademark infringement and copyright

Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

-1-

infringement against the Defendants;

2. Plaintiff has suffered and will continue to suffer irreparable injury to its valuable trademarks, goodwill, and copyrights if Defendants are not permanently enjoined;

3. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill;

4. The balance of hardships favors Plaintiff and entry of a permanent injunction; and

5. Entry of a permanent injunction in favor of Plaintiff and against Defendants is in the public interest.

**NOW THEREFORE**, it is **HEREBY ORDERED, ADJUDGED, AND DECREED**, that Plaintiff shall take judgment against Defendants, and further that:

A. Pursuant to 15 U.S.C. § 1117(c), Defendants are ordered to pay to Plaintiff statutory damages in the amount of $2,000,000 for Defendants' willful infringement of Plaintiff's federally registered SANDS trademarks (U.S. Reg. Nos. 1,209,102; 3,734,615; 3,838,397; 3,850,500) (the "Sands Marks") through the use of counterfeit marks;

B. Pursuant to 17 U.S.C. § 504(c), Defendants are ordered to pay to Plaintiff statutory damages in the amount of $150,000 for Defendants' willful infringement of Plaintiff's copyrights in Plaintiff's Sunburst design (U.S. Copyright Reg. No. VA0001724059);

C. Defendants and their respective officers, agents, servants, employees, attorneys, and all persons, corporations, business entities, and other associations of persons who are in active concert or participation with Defendants (the "Restrained Parties"), are hereby permanently enjoined and restrained from:

1. Using the Sands Marks , the Sunburst design, "Jinsha," or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce, including, without limitation, on any website, in any domain name, in any social network user name,

Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

in any hidden website text, or in any website metatag, in connection with casino and related services, including, without limitation, the operation of an online casino; and

    2.    Engaging in false or misleading advertising or commercial activities likely to deceive consumers into believing that any Defendant is Plaintiff or that any Defendant's services are associated or affiliated with, connected to, or approved or sponsored by Plaintiff.

**IT IS HEREBY FURTHER ORDERED THAT:**

A.    Domain name registrars eNom, Inc. and GoDaddy.com, Inc. (the domain name registrars) and VeriSign, Inc. (the .com domain name registry) are hereby ordered to immediately remove or disable the domain name server information for the following domains: www.358.com, www.359.com, www.2089.com, www.6953.com, www.js2255.com, www.js2299.com, www.js33333.com, www.js55555.com, www.jinsha.com, www.jinsha1111.com, www.jinsha2222.com, www.jinsha3333.com, www.jinsha5555.com, www.jinsha6666.com, www.jinsha7777.com, www.1133js.com, www.1166js.com, www.1177js.com, www.1188js.com, www.1199js.com, www.11111js.com, www.22222js.com, www.33333js.com, www.66666js.com, www.88888js.com, www.99999js.com, www.5555js.com, www.8888js.com, www.1122js.com, www.1144js.com, www.1155js.com, www.2211js.com, www.2222js.com, www.2255js.com, www.2266js.com, www.2277js.com, www.2288js.com, www.2299js.com, www.3311js.com, www.3322js.com, www.3333js.com, www.3355js.com, www.3377js.com, www.3388js.com, www.3399js.com, www.3583.com, www.5588js.com, www.5599js.com, www.6611js.com, www.6633js.com, www.6644js.com, www.6666js.com, www.6677js.com, www.6688js.com, www.7777js.com, www.8811js.com, www.8822js.com, www.8833js.com, www.8844js.com, www.8855js.com, www.8877js.com, www.js3111.com, www.js3222.com, www.js3777.com, www.js8111.com, www.js8222.com, www.js8777.com, and www.1111js.com (collectively the "Domains").

**IT IS HEREBY FURTHER ORDERED THAT:**

A.    The Clerk of the Court shall forthwith refund to Plaintiff the $100 Plaintiff

Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

initially placed on deposit with the Clerk of the Court as security by mailing a check in the amount of $100 made payable to Plaintiff's counsel, LEWIS ROCA ROTHGERBER LLP, addressed to Jonathan W. Fountain, Esq., Lewis Roca Rothgerber LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2015

Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-4-