UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAS VEGAS SANDS CORP., | Case No. 2:14-CV-424 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| FIRST CAGAYAN LEISURE & RESORT CORPORATION, | |
| Defendant(s). | |

Presently before the court is plaintiff Las Vegas Sands Corp.'s ("Sands") motion for extension of time. (Doc. # 44). Defendant First Cagayan Leisure & Resort Corp. ("First Cagayan" has not filed a response.

Las Vegas Sands brought this action against the owners of sixty-three internet domains that were using Sands' trademark on websites for online casinos. Las Vegas Sands also named First Cagayan as a defendant because all of the infringing online casino websites identified First Cagayan as the provider of those services. (*See, e.g.*, doc. # 20 at 5). None of the defendants answered or otherwise responded to plaintiff's complaint.

Accordingly, on February 27, 2015, the court entered default judgment in favor of Las Vegas Sands and against defendants, including First Cagayan. (Doc. # 38). On March 30, 2015, Charles H. McCrea, Esq. and his law firm Hejmanowski & McCrea, LLC, filed a motion on behalf of First Cagayan to vacate the default judgment. (Doc. # 41).

Plaintiff asks for a ninety-day extension from the date of this order to file and serve its opposition to defendant's motion to vacate. Plaintiff asserts it needs to further investigate Plaintiff asserts that Mr. McCrea was a partner with Lionel, Sawyer & Collins from 1976 to 1994, and again

**James C. Mahan**
**U.S. District Judge**

from 2006 through 2014. (Doc. # 44 at 2). For nearly a decade, Lionel, Sawyer & Collins represented Sands in a variety of matters. (*Id.*). Plaintiff asserts that Mr. McCrea personally represented Sands in several of these matters and gained extensive confidential information regarding Sands. (*Id.*).

Plaintiff expressed its concerns to Mr. McCrea and asked him to voluntarily withdraw. (*Id.* at 3). Mr. McCrea declined. (*Id.*). Plaintiff believes Mr. McCrea's representation of First Cagayan may create a conflict of interest. (*Id.*). Plaintiff requests a ninety-day extension to investigate whether Mr. McCrea should be disqualified based on a conflict of interest. (*Id.* at 1).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Las Vegas Sands Corp.'s motion for extension of time (doc. # 44) be, and the same hereby is, GRANTED. Plaintiff shall have **up to and including Monday, August 3, 2015**, file its response.

DATED May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -