UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., <br><br> Plaintiff(s), <br><br> vs. <br><br> FIRST CAGAYAN LEISURE RESORT CORP., et al., <br><br> Defendant(s). | Case No. 2:14-cv-00424-JCM-NJK <br><br> ORDER <br><br> (Docket No. 76, 79) |

Pending before the Court is the parties' stipulation to extend time for Plaintiff to file a substantive opposition to the pending motion to compel. Docket No. 79. The parties request additional time for Plaintiff to serve amended discovery responses, to meet and confer regarding that discovery, and to continue any motion practice necessitated by Plaintiff's amended discovery responses. *Id*. at 1-2.

In light of the change in circumstances since the filing of the motion to compel, Docket No. 76, the motion to compel is **DENIED** without prejudice. Additionally, the parties' stipulation, Docket No. 79, is **DENIED**. In the event a dispute remains after Plaintiff serves its amended responses, the parties shall meet and confer and a renewed motion to compel may be filed if necessary, no later than July 6, 2016. Any renewed motion shall discuss all circumstances relating to the discovery at issue up to the date of the filing of the renewed motion.

IT IS SO ORDERED.

DATED: June 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge